# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

RONALD P. ORTEGA
(DOB: ▮▮▮▮1973)

CRIMINAL COMPLAINT

CASE NUMBER: 20-M-684

I, James Megna, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. That on or about July 6, 2020, in the State and Eastern District of Wisconsin, Ronald P. Ortega, did commit violations of Title 18, United States Code, Section 2422(b) "use of a computer to attempt to entice a minor to engage in sexual activity" and Title 18, United States Code, Section 2251(a) "attempted production of child pornography."

I further state that I am a Sheriff's Deputy with the Winnebago County Sheriff's Office, and this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

Signature of Complainant
James Megna

7/6/2020
3:27 pm

Sworn to before me and subscribed in my presence,

July 6, 2020
Date

at  Green Bay, Wisconsin
    City and State

The Honorable James R. Sickel
United States Magistrate Judge

**Name & Title of Judicial Officer**

Signature of Judicial Officer

Your affiant is employed as an investigator with the Winnebago County Sheriff's Office in Oshkosh, Wisconsin. Your affiant is a sworn law enforcement officer in the State of Wisconsin for the past 10 years. Your affiant has received specialized training in the investigation of online child exploitation and sensitive crimes.

Your affiant began an undercover internet crimes against children operation utilizing a popular messaging application in January 2020. Your affiant posed as a 40 year-old woman, "Lisa," who was a mother to a 15-year-old juvenile female from Oshkosh, which is within the Eastern District of Wisconsin. I am aware that the internet is a facility and means of interstate commerce.

In June 2020, I began exchanging messages with an individual with the user name "hityourspots." Conversations continued for a number of weeks where the individual using the user name, hityourspots, spoke of how he wished to have sexual contact with my 15-year-old daughter named "Kay" and myself. Hityourspots continued for a number of weeks, to express interest in coming to Wisconsin to take part in sexually assaulting the minor 15-year-old daughter.

Hityourspots decided he would be travelling to Oshkosh on June 29th and stay until July 1st 2020. Hityourspots informed me that his name was "Ron" and provided me the phone number of (219) 670-7616. That phone number was registered to a Ronald P. Ortega M/W DOB 10-04-1973, XXXX Harrison Ave, Dyer, Indiana. Ortega described himself as being 5'8 280 lbs and living 35 minutes outside of Chicago, Illinois. He also informed me that it would take him approximately three hours and seventeen minutes from his location Oshkosh, Wisconsin, more specifically the Oshkosh Outlet Mall. Ortega's Indiana DOT physical descriptors are 5'10 290 lbs. Ortega provided me a number of photos of his face which match his physical descriptors provided by the state of Indiana DOT. The photos show a mid-40's to 50's male with short hair. In most photos, he is wearing some sort of bandana on his head. Ortega provided me with his phone number in the event that the messaging application went down and we could still be in contact with each other for the meet up. On multiple occasions I informed Ortega that my daughter "Kay" was 15 years old and he was still ok with meeting up to have sexual contact with her.

Ortega sent me a list of hotels in the Oshkosh area because I informed him that I wanted to meet near the Oshkosh Outlet Mall. The original meet up date was canceled and changed to July 6th

2020. Ortega sent me a number of live videos and photos of himself. In the videos, Ortega described what he wanted to sexually do to my daughter and myself when he met up. Ortega stated in the texts how much he looked forward to being my 15-year-old daughter's first sexual partner. Ortega informed me that he made a hotel reservation at the Hilton Garden Inn Oshkosh, located at 1355 W 20th Ave, Oshkosh, WI 54902. Ortega then sent me live photos of a large number of lingerie clothing items after asking me what my 15-year-old daughter's cup size and clothing size were. I informed Ortega that her bra size was 23 B and size small for other clothing. He also asked for Kay's physical measurements so that he could assure that the clothing would fit. Ortega was informed that my 15 year old daughter was around 5'0 ft. and 100 lbs. He also sent me live photos of two electric vibrators. Ortega requested that a get a number of batteries to run the items. Ortega then said he went to Lovers Lane Adult store to buy two additional electronic vibrators so that Kay and myself could have one in our vaginas and one for our anus at the same time. Ortega expressed concern going to the store because he was worried that the nosey worker would ask why he was buying such small clothing. He also described after asking why he was buying the lingerie for my 15-year-old daughter, he said he wanted her to look and feel like a princess and a sexual goddess. Ortega asked at one point; "So after I fill your daughter's tiny cunt with a huge load. Are we gonna go down and lick it up for her?"

On Thursday, June 25th 2020, at approximately 2:05 pm, Ortega stated via the messaging app; "Im so afraid of letting kay and you down. Im a big guy. Not as sexy as used to be. I don't wanna disappoint your little girl." He then informed me he was going to go to the lingerie store after showering. Ortega then sent me two live videos using the messaging application of him masturbating with the text; "I cant wait to fill her mouth with my load." Shortly after he sent a message; "I can only hope so. I can only imagine how tight her little virgin pussy is."

Ortega then asked if I had any way to tape the sexual encounter between himself and my 15-year-old daughter. When he was informed I did not he said he would bring some older recording devices so he could capture the encounter on video. At one point Ortega stated, "Gonna need some close ups too. I can't wait to watch her little hole open up and cum in my face for the first time. To see her eyes bore into me."

On another occasion, Ortega described his penis and asked if "Kay's" hymen was intact. He stated, "of course its probably a good thing my cock isn't huge. Most likely wouldn't be that pleasurable for kay."

On a number of occasions, Ortega has expressed that he was excited and looking forward to being my 15-year-old daughter's first sexual experience. He also described with specificity what he was going to do sexually to the girl. Ortega stated after he finished work and before he makes the trip up to Oshkosh, he was going to shave his genital region because he knew it was going to be my 15-year-old daughter's first sexual experience. Ortega said that he was also going to bring some marijuana with him for us to use.

In conversations with Ortega, he informed me that he is divorced and lived with his 72-year-old mother and children. Ortega said he had three children but his son does not live with him. His oldest daughter is 25 and his youngest is 8 years old. I asked if he was sexually active with any of them and he stated "no."

On Tuesday, June 30th 2020, at approximately 5:21 pm, Ortega sent me an imagine depicting a naked prepubescent female preforming oral sex on an adult male. I inquired where he procured the photograph. Ortega stated that he got it "from one of the groups." I asked what group and he responded "Daddy's boy girl love. Something like that." Ortega then sent me a screen shot of a group within the messaging application called "Daddy's boy girl love any age #anyageboygirl" which shows he is part of the group.

On Monday, July 6th, 2020, I along with fellow law enforcement officers arrested Ortega at the Washburn Park and Ride alongside Interstate 41 in Winnebago County. In his vehicle, Ortega had an assortment of sex toys and lingerie in separate bags with the names "Lisa" and "Kay" written on them. After being advised of his *Miranda* rights, Ortega admitted that he was "hityourspots" and was the individual that exchanged messages with me as referenced above. He further acknowledged that he travelled to Wisconsin to engage in sexual intercourse with "Kay," whom he believed was a 15-year-old female.

Page **3** of **4**

Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Ronald P. Ortega, has committed acts in violation of Title 18, United States Code, Section 2422(b) "use of a computer to attempt to entice a minor to engage in sexual activity" and Title 18, United States Code, Section 2251(a) "attempted production of child pornography."

_____  7/6/2020
Deputy James Megna                        3:27pm
Winnebago County Sheriff's Office

Subscribed and sworn before me this __6__ day of __July__, 2020.

_____
The Honorable James R. Sickel
United States Magistrate Judge